# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SHARONDA L. JOHNSON, on behalf of herself and all others similarly situated | § § § § § | |
| v. | § § § | CIVIL ACTION NO. 3:17-CV-0663-S |
| BOKF, NATIONAL ASSOCIATION | § § § | |

## FINAL JUDGMENT

By separate Order, the Court has granted Defendant BOKF, National Association's ("BOKF") Motion to Dismiss on all claims asserted by Plaintiff Sharonda L. Johnson ("Johnson"). It is, therefore, ordered that Johnson take nothing by her claims against BOKF and that those claims are dismissed with prejudice. Court costs are taxed against Johnson. All relief not expressly granted is denied. This is a final judgment.

**SO ORDERED.**

SIGNED _September 18_, 2018.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE